**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50242 |
| Plaintiff - Appellee, | D.C. No. 3:08-CR-01169-WQH |
| v. | |
| MIGUEL MENDIOLA-MARTINEZ, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Miguel Mendiola-Martinez appeals from his jury-trial conviction for being

an illegal alien in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(5)(A)

and 924(a)(2).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NC/Research

Mendiola-Martinez contends that the district court erred by instructing the jury that filing an application for adjustment of immigration status does not make a defendant "legally present" for purposes of determining whether he violated 18 U.S.C. § 922(g)(5)(A). This contention fails because Mendiola-Martinez's pending I-485 application for adjustment of status does not affect his removability, and Mendiola-Martinez points to no statute that renders his presence lawful based upon his application for adjustment of status. *See United States v. Latu*, 479 F.3d 1153, 1155, 1159 (9th Cir. 2007); *see also United States v. Smith*, 561 F.3d 934, 938-39 (9th Cir. 2009) (holding that the sufficiency of a jury instruction is subject to harmless error review).

**AFFIRMED.**